**Barbara WOLFE, Appellant,**

v.

**The AETNA CASUALTY & SURETY COMPANY.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1995.

Decided Feb. 14, 1995.

Edwin L. Stock, Andrew F. Fick, Reading, for Barbara Wolfe.

V.P. DePillis, Joshua Bachrach, Philadelphia, for Aetna.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., and MONTEMURO, J., who is sitting by designation, dissent.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**William J. TANCREDI, Respondent.**

**No. 876 Disciplinary Docket No. 2.**
**Disciplinary Board No. 51 DB 92.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1995.

Decided Feb. 14, 1995.

William F. Manifesto, Pittsburgh, for respondent.

Samuel D. Miller, II, Norristown, Harold E. Ciampoli, Audubon, for Disciplinary Bd.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Rule to Show Cause entered by this Court on August 16, 1994, is discharged. It is ORDERED that respondent be and he is suspended from the Bar of this Commonwealth for a period of five years, retroactive to June 3, 1992, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.